1 | ANN M. ASIANO (SBN 094891)
  | JORDAN M. GREEN (SBN 247126)
2 | MELISSA R. MEYERS (SBN 178596)
  | BRADLEY, CURLEY, ASIANO,
3 | BARRABEE, ABEL & KOWALSKI, P.C.
  | 1100 Larkspur Landing Circle, Suite 200
4 | Larkspur, CA 94939
  | Telephone: (415) 464-8888
5 | Facsimile: (415) 464-8887
  | aasiano@professionals-law.com
6 |
7 | Attorneys for Defendant
  | WILLIAM BOEHME
8 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MURPHY, an individual,<br><br>     Plaintiff,<br><br>     v.<br><br>WILLIAM BOEHM, an individual; DOES 1-25, inclusive, individually and in their official capacities as employees of the CITY OF ALBANY,<br><br>     Defendants. | No. C13-2406 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:       December 12, 2013<br>Time:       11:00 a.m.<br>Location:  Courtroom 8, 19th Floor<br><br>First Amended<br>Complaint Filed:    August 16, 2013 |

Counsels for Defendants and Plaintiff stipulate to the following:

    Defendant's counsel, Ms. Ann M. Asiano, is unavailable for the Case Management Conference that was reset from December 5, 2013 to December 12, 2013 at 11:00 a.m. Consequently, the parties have agreed to stipulate to a short 8 day continuance of the December 12, 2013 Case Management Conference to December 20, 2013, or, in the alternative, a later date that is convenient for the Court.

///

///

///

BRADLEY, CURLEY,
ASIANO, BARRABEE,
ABEL & KOWALSKI,
P.C., 1100 Larkspur
Landing Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
United States District Court Case No. C13-2406 WHA

All parties respectfully request the court issue an order continuing the Case Management Conference 8 days to December 20, 2013, or, in the alternative, to a later date that is convenient to the Court.

Dated:  November 26, 2013          BRADLEY, CURLEY, ASIANO,
                                   BARRABEE, ABEL & KOWALSKI, P.C.


                                   By:  /s/ Ann M. Asiano
                                        ANN M. ASIANO
                                        Attorney for Defendant
                                        WILLIAM BOEHME


Dated: November 26, 2013           LAW OFFICES OF JOHN L. BURRIS


                                   By:  /s/ Adante D. Pointer
                                        ADANTE D. POINTER
                                        Attorney for Plaintiff
                                        DESHAWN MURPHY

BRADLEY, CURLEY,
ASIANO, BARRABEE,
ABEL & KOWALSKI,
P.C., 1100 Larkspur
Landing Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
United States District Court Case No. C13-2406 WHA

1  **[PROPOSED] ORDER**

2   PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case

3  Management Conference, be continued from December 12, 2013 to  December 19, 2013  .

5

6  DATED:  November 27, 2013.

   By: _____
   HON. WILLIAM _____
   UNITED _____ _____ COURT

   *APPROVED*
   *Judge William Alsup*

BRADLEY, CURLEY,
ASIANO, BARRABEE,
ABEL & KOWALSKI,
P.C., 1100 Larkspur
Landing Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
United States District Court Case No. C13-2406 WHA